Case 4:21-cv-00415-SDJ-CAN   Document 1   Filed 06/01/21   Page 1 of 7 PageID #: 1



Clerk, U.S. District Court
Eastern District of Texas

1  Teri Anna Roland
   In care of Denton, county, Texas state
2  Wisdomro21@gmail.com
   (469) 496-4183
3

4  IN THIS COURT OF RECORD AT THE UNITED STATES FEDERAL DISTRICT COURT EASTER DISTRICT
                                                OF TEXAS
5  TERI ANNA ROLAND ; JUST A WOMAN           Docket number: 4:19 cv 415

6         Plaintiff/Affiant ,

7  vs.                                       CLAIM: FOR RESTORATION OF RIGHTS,
8                                            LIBERTY AND PROPERTY.
   ~~STATE OF TEXAS ET AL, FUSON, IN HIS
9  INDIVIDUAL CAPACITY, WESLEY TIBBALS; IN   CAUSE OF ACTION:, NEGLIGENCE, TRESPASS,
   HIS INDIVIDUAL CAPACITY, STEPHANIE NUNEZ   ROBBERY AND KIDNAPPING
10 XAVIER; IN HER INDIVIDUAL CAPACITY~~ STATE
   OF TEXAS; ET AL; TEXAS DEPARTMENT OF      TRIAL BY JURY IS DEMANDED
11 FAMILY AND PROTECTIVE SERVICES; ET AL,    COMMON LAW COURT OF RECORD IS
   TIFFANY HAERTLING; IN HER INDIVIDUAL      INVOKED
12 CAPACITY,SHERRY SHIPMAN; IN HER
   INDIVIDUAL CAPACITY
13
         Defendant
14
                              **Cover sheet**
15

16

17 **Basis of jurisdiction:**

18    1.) Federal court is a court of record.

19
      2.) A court of record acts in accordance with the common law.
20
      3.) Suits in common law, the right of trial by jury shall be preserved.
21
      4.) Diversity is a basis of jurisdiction in this action.
22

23 **Citizenship of principle parties:**

24    1.) The plaintiff/Affiant is of a foreign nation.

25    2.) The defendants are United States citizens

26
      3.) The State of Texas principle place of business is in this state.
27

28 **Nature of suit:**

PETITION FOR WRIT OF HABEAS CORPUS - 1

1.) Common law tort claim

**Origin:**

1.) Original proceeding

**Requested in claim:**

1.) $7,000,000.00 ( Seven million dollars and zero cents in lawful tender).

2.) Trial by jury is demanded and the right thereof is preserved.

**Related Cases:**

1.) None.

Jurat of Roland, Teri Anna: *Teri. A Roland* | Date: 6/1/2021

PETITION FOR WRIT OF HABEAS CORPUS - 2

In this court of record at the United States District Court for the eastern district of Texas

Teri Anna Roland ; just a woman
Plaintiff/ Affiant/Claimant

Case number#_____

and

State of Texas; et al; Texas Department of Family and Protective Services; et al, Tiffany Haertling; in her individual Capacity,Sherry Shipman; in her individual Capacity
Defendant

### [Complaint] Verified claim by affidavit

Comes now Affiant, Roland, Teri Anna, one of the people, Sui Juris, De Jure, in this court of record, for Judicial review, making the following claims, so that all public officials and private actors may provide due care:

**DIRECTIONS TO THE CLERK: This case is to be set for hearing and a Trial by jury is demanded. The people are to be assembled under the lawful laws of America. A summary judgement will be entered into this case and no rights are waived by I at anytime. No fee will be charged to the plaintiff for bringing verified claim against the defendants for a redress of grievance protected by the common law and the right of the people as no statutory provisions will govern this case. The Plaintiff/ Affiant is the private party and not a Citizen of the United States. All assumed qualified and or sovereign immunities claimed by the defendants are officially rebutted. All administrative orders previously issued by any tribunal and or agency/agencies in/for the State of Texas against TERI ANNA ROLAND are hereby null and void as any assumed jurisdiction over TERI ANNA ROLAND and family is forevermore waived with prejudice by the State of Texas. If for any reason this case is denied by any person, attorney or officer other than a jury of my peers to redress the grievances herein, that action is null and void and this case is to be immediately removed to the Supreme Court of the United States of America to be heard expeditiously as this is a matter of life and death.**

<span style="color:red">**NOTICE TO PRINCIPLE IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPLE**</span>

Notice:
1.) Comes now Roland, Teri Anna; in her capacity as Just a woman; Sui Juris; one of the indigenous people of the Americas.
2.) Federal Court', is a 'court of record';25 C.J. Vol., Federal Court § 344, pg. 9741
3.) In a 'court of record', the magistrate is independent of the tribunal; Black's Law Dictionary, 4th Ed. pg. 10141

1

4.) A 'court of record': acts in accordance with common law; Blacks Law Dictionary, 4th Ed. pg. 10141
5.) Suits in common law, the right of trial by jury shall be preserved; [Seventh Amendment]
6.) The jury can take upon themselves and determine at their own hazard, the questions of fact and law; [cf Littleton § 386; Bl. Comm. § 378];
7.) i, say here, and will verify in open court, that all herein be true

**Comes now Affiant, Roland, Teri Anna; one of the indigenous people of The Americas; Sui Juris; De jure; in this court of record for summary judgement, making the following claims so that all public officials and private actors may provide due care:**

I demand for the immediate return of my children in which were unlawfully taken, seized, detained and rights trespassed on by the defendants in unlawful naked possession of property under color of law by force and restitution for damages and unlawful detainment in the sum of $7,000,000.00 **(Seven million dollars in lawful tender)** and a permanent injunction for protection against the defendants with prejudice for cause:

1.) **I, nor my children are United States citizens nor is the property claimed by I subject thereof.**

2.) **No jurisdiction was ever established by the defendants on any record to lawfully seize my children**

3.) **Any further proceedings by any tribunal of/ for the State of Texas against TERI ANNA ROLAND is null and void and subject to a $1,000,000.00 fee ( One million dollars in lawful tender).**

4.) **The defendants have the duty and obligation to respond to Affidavits and notices by the aggrieved and address the grievances, and make right of their wrongdoings. There are no laws that allow for any person, agency or a government to cause harm, injury nor damage man or woman in which the defendants have and are currently doing to I.**

5.) The State of Texas is a corporation and de facto party with no power to initiate a claim against I. The State of Texas Duns number is # 002537595.

6.) I am not an employee of said entity nor could any jurisdiction be established by the State of Texas nor its agencies and or contractors over I.

7.) The defendants were given notice by affidavit of their wrong and opportunity to cure on May 20th 2021.

8.) It is now June 1st 2021 and the defendants have yet to give a response therefore the defendants are in agreement to the Plaintiff's claims and there are no genuine issues to dispute and the Plaintiff is entitled to a summary judgement.

Summary Judgement Demands:

1.) The Plaintiff's summary judgement is granted immediately without delay against the defendants.

2.) The State of Texas is ordered to pay the plaintiff $7,000,000.00(Seven Million dollars in lawful tender) immediately without delay.

3.) An emergency order to return Teri Anna Roland's children to her is granted immediately without delay.

4.) A permanent injunction for protection against the State of Texas for the plaintiff is granted and enforced immediately without delay.

5.) Sherry Shipman is ordered to pay Teri Anna Roland $10,000.00 ( Ten Thousand Dollars in lawful tender) per day that children were in unlawful possession.

6.) Tiffany Haertling is ordered to pay Teri Anna Roland $10,000.00 ( Ten Thousand Dollars in lawful tender) per day that children were in unlawful possession.

3

7.) Texas Department of Family and Protective Services is ordered to pay Teri Anna Roland $10,000.00 ( Ten Thousand Dollars in lawful tender) per day that children were in unlawful possession.

Wherefore, the U.S. Marshal Services are authorized by this court to seize and return the children of Teri Anna Roland to their lawful mother; Teri Anna Roland immediately. All named as individual defendants admit to Kidnapping and all claims in Affidavit by Teri Anna Roland. Children(non statutory): Amia passion Massey, Knilo Roland, Kiko Roland, Donnell Roland jr.

Verification

I hereby declare, certify and affirm, pursuant to the penalties of perjury under the laws of the American nation that all the above and foregoing representations are true and correct to the best of my knowledge, information and belief.

Execute _Denton County_, Texas , this _1st_ day of June in the Year of Our Lord Two Thousand and Twenty-One.

_Teri Anna Roland_
Without the United States
(Teri Anna Roland)

Teri Anna Roland
1444 Sun Breeze DR
Littl Elm TX 75068
469 496 4183

4

Notary as JURAT CERTIFICATE

__Texas__ [State] }

__Collin__ [County] }

On this __1st__ day of June, 2021 before me,

__Viren Nandu__, a Notary Public, personally appeared
(Notary Public name)

__Teri Anna Roland__, who proved to me based on-satisfactory evidence to be the woman whose name is subscribed to the within instrument and verified to me that she executed the same in her authorized capacity, one of the people, Sui Juris De jure, Lawful mother of child(ren) stated in document and by rightful claim of possession above all others in society and that by her autograph(s) on the instrument the woman executed, the instrument and all claims and rights asserted or not by her stands as truth forevermore and the children are to be restored to her immediately. State and federal law enforcement ( including U.S. Marshal service) are to locate anyone in possession of the children, Seize and return them immediately, Without delay to her lawful mother; Teri Anna Roland .
I verify under PENALTY OF PERJURY under the lawful laws of Texas State that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

_Signature_
Signature of Notary/Jurat          Seal

VIREN NANDU
My Notary ID # 128017812
Expires August 24, 2021

5